IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Grecia Guzman, Individually and d/b/a Taqueria Nayarit; Raul Guzman, Individually and d/b/a Taqueria Nayarit; Pragna Patel; Dennis J. Patel,<br><br>　　　　Defendants. | 2:12-cv-01465-GEB-EFB<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE |

　　　　Plaintiff's Status Report filed September 17, 2012, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on October 1, 2012, is continued to January 28, 2013, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

　　　　Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve Defendants Pragna Patel and Dennis J. Patel with process within the 120 day period prescribed in that Rule may result in the unserved defendant(s) being dismissed. To avoid dismissal, on or before December 7, 2012, Plaintiff shall file

1 | proof of service for these defendants or a sufficient explanation why
2 | service was not effected within Rule 4(m)'s prescribed service period.
3 |     IT IS SO ORDERED.
4 | Dated: September 20, 2012

_/s/ Garland E. Burrell, Jr._
GARLAND E. BURRELL, JR.
Senior United States District Judge