IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>  v.<br><br>Grecia Guzman, Individually and d/b/a Taqueria Nayarit; Raul Guzman, Individually and d/b/a Taqueria Nayarit; Pragna Patel; Dennis J. Patel,<br><br>        Defendants. | 2:12-cv-01465-GEB-EFB<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

      Plaintiff states in his Status Report filed January 14, 2013 that "Defendants . . . have been served with Plaintiff's First Amended Complaint, but have not answered[,] Plaintiff has filed a request for clerk's entry of default[,]" and Plaintiff "anticipates a motion for default date in August 2013." (JSR 2:21-24, 3:21-23.)

      Plaintiff shall file a motion for entry of default judgment before the Magistrate Judge within thirty days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than March 1, 2013, why this action should not be dismissed for failure of prosecution. This action may be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) if Plaintiff fails to timely respond to this Order.

1

Further, the status conference scheduled for hearing on January 28, 2013, is continued to commence at 9:00 a.m. on July 22, 2013. A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is required to explain the status of the default proceedings.

IT IS SO ORDERED.

Dated: January 23, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2